THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CR-118-FL-KS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| VS. | ) | |
| | ) | ORDER |
| | ) | |
| TODD HERGOTT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court on defendant's Unopposed Motion to Extend Pre Trial Deadline and Continue Arraignment. For good cause shown, the motions are GRANTED and the arraignment in this matter is hereby continued to the term of court commencing on November 10, 2026. Defendant shall file all pre trial motions, including motions to compel discovery, motions to suppress and motions under Rules 7, 8, 12, 13, 14, 17, and 41, Fed. R. Crim. P., no later than October 15, 2026. Responses to defendant's motions shall be filed no later than fourteen days thereafter.

It is further ordered that any delay that results from this extension is excluded from Speedy Trial Act computation pursuant to 18 U.S.C § 3161 (h)(7)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

SO ORDERED, this the 5th day of August, 2026.

LOUISE W. FLANAGAN
DISTRICT COURT JUDGE